# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SUE VERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01524-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

On July 5, 2019, the parties filed a stipulation agreeing to allow Plaintiff an extension of time to file her opening brief. (ECF No. 13.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before August 16, 2019;
2. Defendant's responsive brief shall be filed on or before September 16, 2019; and
3. Plaintiff's reply, if any, shall be filed on or before October 1, 2019.

IT IS SO ORDERED.

Dated: **July 8, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1